UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON



Eastern District of Kentucky
FILED
MAR 28 2024
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.  INDICTMENT NO. 6:24-CR-17-REW

NATHAN DEREK COLE

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 841(a)(1)

On or about March 31, 2023, in Laurel County, in the Eastern District of Kentucky,

**NATHAN DEREK COLE**

did knowingly and intentionally distribute 40 grams or more of a mixture or substance containing a detectible amount of fentanyl, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

### COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about April 21, 2023, in Laurel County, in the Eastern District of Kentucky,

**NATHAN DEREK COLE**

did knowingly and intentionally distribute 50 grams or more of methamphetamine (actual) and 40 grams or more of a mixture or substance containing a detectible amount of fentanyl, Schedule II controlled substances, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 3
## 21 U.S.C. § 841(a)(1)

On or about May 25, 2023, in Madison County, in the Eastern District of Kentucky,

**NATHAN DEREK COLE**

Did knowingly and intentionally possess with the intent to distribute 50 grams or more of methamphetamine (actual) and 40 grams or more of a mixture or substance containing a detectible amount of fentanyl, Schedule II controlled substances, all in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL

███████████████████████
FOREPERSON

_____
**CARLTON S. SHIER IV**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNT 1:** Not less than 5 years and not more than 40 years imprisonment, not more than a $5,000,000 fine, and at least 4 years of supervised release.

**COUNTS 2&3:** **If responsible for 50 grams or more of methamphetamine:** Not less than 10 years nor more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.
**If responsible for 40 grams or more of a fentanyl mixture:** Not less than 5 years and not more than 40 years imprisonment, not more than a $5,000,000 fine, and at least 4 years of supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.